[No. 10697–0–I. Division One. July 18, 1983.]

DOROTHY B. FRIBROCK, *Individually and as Executrix, Respondent,* v. NICK M. KELLY, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–04938–9, Paul D. Hansen, J., entered August 25, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 11455–7–I. Division One. July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY WAYNE BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00002–3, Lee Kraft, J., entered March 10, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Scholfield, JJ.

[No. 11282–1–I. Division One. July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE A. TRAW, *Appellant.*

Appeal from judgments of the Superior Court for Snohomish County, Nos. 80–1–00332–6, 79–1–00585–6, Daniel T. Kershner, J., entered October 20, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.